428 A.2d 246

Commonwealth v. Gerome, Appellant.

Argued December 5, 1979.  Neal S. Axe, for appellant;  Suzanna McDonough, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Judgments of sentence affirmed.